Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**MOTION FOR ORDER REQUIRING EXAMINATION OF DEBTORS PURSUANT TO RULE 2004 Fed.R.Bankr.P.** |

Creditors Chris and Pamela Sabia hereby respectfully request that the Court enter an Order requiring Debtors to submit to written and oral examinations and to produce documents. This Motion is supported by the following Memorandum of Points and Authorities that is by this reference incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On February 28, 2013, Debtors filed for relief under Chapter 7 of the Unites States Bankruptcy Code.

2. The Court has jurisdiction in this matter pursuant to 28 U.S.C. §1334.

3. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, upon motion of any party in interest, the Court may order the examination of any person relating to the acts, conduct or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate.

4. Debtors have listed *Chris Sabia and Pamela Sabia ET. AL Vs Darren Lee Scott and Katryn A Scott Case No. CV 2010-050329* as pending litigation, but have omitted the list the pending litigation captioned *Sabia v. Scott*, Maricopa County Superior Court No CV 2012-016507 in which Sabia's claim damages in the amount of no less than $2,500,000.00 against the Debtors.

5. Debtors have also listed Sherman & Howard LLC as a debtor in the amount of $320,000.00 which debt (ostensibly) arises out of the representation in the CV 2010-050329 litigation.

6. Creditors Sabia request an Order requiring Debtors to answer written discovery requests, to produce documents and to order Debtors to appear and submit to an oral examination at the time and place to be agreed between counsel for the Creditors and the Debtors.

**Wherefore**, Creditors Sabia respectfully request an entry of the attached Order requiring Debtors to answer requests for admissions, interrogatories and requests for production of documents and to appear for an examination pursuant to Bankruptcy Rule 2004 no less than upon 21 days' notice or upon agreement of the parties at the location to

be determined and for such other and further relief as may be proper under the circumstances.

RESPECTFULLY SUBMITTED this 21st day of March, 2013.

**STROJNIK, P.C.**

/s/

_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
this 21th day of March, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy e-mailed to:

Gregory Malkin, Esq.
Malkin & Associates
2700 N. 3rd Street
Phoenix, Arizona 85004
Attorney for Debtors
*By e-mail only malkinlegalpractices@gmail.com*

/s/