Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**NOTICE OF LODGING PROPOSED FORM O0F ORDER DIRECVTING DEBTORS TO PRODUCE DOCUMENTS AND APPEAR FOR EXAMINATION** |

Creditors Chris and Pamela Sabia hereby give notice that they have lodged form of Order Directing the Production of Documents and Examination of Debtors.

RESPECTFULLY SUBMITTED this 21st day of March, 2013.

**STROJNIK, P.C.**

/s/

_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
this 21th day of March, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy e-mailed to:

Gregory Malkin, Esq.
Malkin & Associates
2700 N. 3rd Street
Phoenix, Arizona 85004
Attorney for Debtors
*By e-mail only malkinlegalpractices@gmail.com*

/s/

Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**ORDER GRANTING CREDITOR SABIA'S MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION** |

Upon consideration of the Motion for Order Directing the Production of Documents and Examination of Debtors filed by Creditors Sabia, the Court finds that the Debtors should be required to produce documents to counsel for Creditors Sabia relating to the acts, conduct, property, liabilities, and finances of Debtors to any matter which may affect the administration of the Debtor's Estate, and Debtors to appear and give testimony with regard to the same, and it is therefore,

ORDERD granting Creditor Sabia's Motion.

IT IS FURTHER ORDERED that Debtors shall produce at the offices of Strojnik, P.C. at 2415 East Camelback, Suite 700, Phoenix, Arizona 85016 copies of all documents

and materials requested by Creditors Sabia as more particularly described in Exhibit "A" attached hereto on or before April 26, 2013.

IT IS FURTHER ORDERED that Debtors shall appear and give testimony at a date and time mutually convenient or upon 20 days' written notice, and on successive days thereafter until completed.

**DATED AND SIGNED ABOVE**

# EXHIBIT A

1. All documents relating to Debtors' purchase, financing, refinancing, marketing, fair market valuation, assessor's valuation, rent and utilities for Debtors' properties at 225 Hillside Dr., Munds Park, Arizona 86017 and the timeshare at Villa Sol Hotel, resort Playa Hermosa, Costa Rica.

2. All documents relating to Debtors' purchase, financing, refinancing, marketing, fair market valuation, assessor's valuation, rent and utilities for any real estate in which Debtors held any interest, directly or indirectly, during the past 5 years.

3. All documents of title, appraisals, invoices, purchase documents, credit slips and any other documents supporting Debtors' claims of "Current Value" for each entry in Schedule B.

4. All documents of title, appraisals, invoices, purchase documents, credit slips and any other documents supporting Debtors' claims of "Current Value" for each entry in Schedule C.

5. Bank statements for the past 5 years for any bank account held in Debtors' name or in the name of any entity in which Debtor(s) held a controlling interest.

6. Credit Card Statements for the past 5 years for any credit card used by Debtors whether listed in Schedule F or not.

7. All loan documents for the past 5 years for any loan Debtors have or have had during the past 5 years whether listed in Schedule F or not.

8. All documents for the past 5 years for any other obligation listed in Schedule F.

9. With respect to the Sherman & Howard LLC debt listed in Schedule F and the litigation disclosed in Debtors' Statement of Financial Affairs at ¶ 4:

    a. Any and all fee agreements between Debtors and Sherman & Howard LLC.

    b. Any and all invoices, statements of account or other documents showing the fees incurred and the description therefore.

c. All documents provided to Sherman & Howard relating to the claims asserted in the litigation disclosed in Debtors' Statement of Financial Affairs at ¶ 4.

d. All pleadings, motions and papers filed by Debtors or on Debtor's behalf by Sherman & Howard LLC, including all discovery and all disclosure statements, supplementations and amendments thereto.

e. All written and electronic communications with any person relative to litigation disclosed in Debtors' Statement of Financial Affairs at ¶ 4.

10. Copies of purchase contract, lease agreements, invoices and payment schedules for the 2013 Jeep Grand Cherokee disclosed in Schedule G.

11. Debtors' state and federal tax returns for years 2010, 2011 and 2012.

12. Invoices, bills, statements and/or demands for payment for each item disclosed in Schedule J since January 1, 2010.

13. Proof of income from employment disclosed in the Statement of Financial Affairs at ¶1.

14. Sales documents relating to the sale of Chevy Trust disclosed in the Statement of Financial Affairs at ¶10.

15. Purchase documents for the purchase of Rhino Sales disclosed in the Statement of Financial Affairs at ¶18, and the accounting documents for Rhino Sales from the date of purchase.