Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**MOTION FOR CONTEMPT** |

On March 23, 2013, this Court issued an Order directing Debtors to produce certain documents for examination to creditors Sabia no later than April 26, 2013. See Doc 14. Debtors have failed to produce the documents or otherwise explain the failure to produce.

In discussions with Debtor's counsel, the undersigned learned that Debtors have likewise failed to appear for the initial examination.

For these reasons Creditors Sabia respectfully request that the Court issue the attached Order to Show Cause why Debtor should not be found in contempt.

RESPECTFULLY SUBMITTED this 29th day of April, 2013.

**STROJNIK, P.C.**

/s/

_____

Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
this 29th day of April, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy e-mailed to:

Gregory Malkin, Esq.
Malkin & Associates
2700 N. 3rd Street
Phoenix, Arizona 85004
Attorney for Debtors
*By e-mail only malkinlegalpractices@gmail.com*

/s/