Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of: | In Proceedings Under Chapter 7 |
| Darren L. Scott and Kathryn A. Scott AKA Kathryn A. Russell, | NO. 3:13-bk-02829-DPC |
| Debtors, | **NOTICE OF HEARING ON MOTION FOT CONTEMPT** |

Pursuant to Motion for Contempt filed on behalf of Creditors Sabia, and good cause shown, the Debtors shall personally appear before the Honorable Judge Daniel P. Collins on May 29, 2013, at 10:00 A.M. in the United States Courthouse at 230 North Central Avenue, Phoenix, Az., 6th floor, Courtroom 601, and then and there show cause why a contempt of court should not issue against them for reasons stated in the Motion.

RESPECTFULLY SUBMITTED this 2nd day of May, 2013.

**STROJNIK, P.C.**

/s/
_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
this 2nd day of March, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy e-mailed to:

Gregory Malkin, Esq.
Malkin & Associates
2700 N. 3rd Street
Phoenix, Arizona 85004
Attorney for Debtors
*By e-mail only malkinlegalpractices@gmail.com*

/s/