James Schollian ASB 022015
𝔖𝔠𝔥𝔬𝔩𝔩𝔦𝔞𝔫 𝔏𝔞𝔴 𝔉𝔦𝔯𝔪, 𝔓.𝔆.
1146 North Mesa Drive, Ste. 102, Box 252
Mesa, AZ 85201
Tel: 602-692-9681
Fax: 602-266-8097
E-mail: scholljjs1@gmail.com
Attorney for Petitioner

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZOINA

In Re: Darren Scott & Kathryn Scott

Chapter 13 Debtors

Application for Substitution of Counsel

Chapter 13 Case No. 3:13-bk-02829-DPC

In accordance with Local Rule 9010(b), and in accordance with the Debtors' request, James Schollian, an attorney licensed before this Court and the state of Arizona, hereby applies to be substituted as the attorney of record for the above-stated doctors, for the purpose of moving this matter forward to completion.

RESPECTFULLY SUBMITTED this 8th day of May 2013

/s/ James Schollian
James Schollian
Attorney for Debtors

A true and accurate copy of the
Above-stated documents has been
Sent via first class mail to the
following parties this 8th day
of May 2013.

Constantino Flores
Chapter 7 Trustee
P.O. Box 511
Phoenix, AZ 85001-0511

- 1

| | |
|---|---|
| 1 | |
| 2 | Gregory Milkin |
|   | Milkin Legal Practices |
| 3 | 2700 3rd Street, Ste. 3055 |
|   | Phoenix, AZ 85004 |
| 4 | |
| 5 | /s/ James Schollian |