James Schollian, ASB 022015
𝔖𝔠𝔥𝔬𝔩𝔩𝔦𝔞𝔫 𝔏𝔞𝔴 𝔉𝔦𝔯𝔪, 𝔓.ℭ.
1146 North Mesa Drive, Ste. 102, Box 252
Mesa, AZ 85201
Tel: 602-692-9681
Fax: 602-266-8097
E-mail: scholljjs1@gmail.com
Attorney for Petitioner

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Darren Scott & Kathryn Scott | Debtors' Rule 2084-17 Motion to Reinstate Chapter 7 Matter |
| Chapter 7 Debtors | Chapter 7 Case No. 3:13-bk-02829-DPC |

**I.     Introduction**

Debtors' by and through their attorney of record, and in accordance with Local Rule 2084-17, respectfully move this Court to enter an order forthwith reinstating the Debtors' Chapter 7 matter, on the grounds that the matter was dismissed due to an inadvertence of their previous counsel, and was not due to any inadvertence or act of bad faith of their own.

**II.    Statements of Fact**

1. Debtors have submitted, in conjunction with this motion, a *Declaration In Support of Response To Chapter 7 Trustee's Motion to Dismiss Chapter 7 and Request for Rescheduling of Meeting of Creditors,* (hereinafter "Declaration"), attached hereto as Exhibit A and incorporated herein by this reference;

2. Debtors' filed a voluntary Chapter 7 Bankruptcy Petition on February 28, 2013;

3. Debtors retained Mr. Gregory Malkin as their counsel to represent them in this matter. *See* Declaration at ¶ 4;

4. Mr. Malkin failed to inform this Court of the Debtors' proper mailing address. *See*

- 1

Declaration at ¶ 5-8;

5. Mr. Malkin specifically told the Debtors that he had informed the Court of their correct mailing address. *See* Declaration at ¶ 9;

6. The Debtors' never received any correspondence from Mr. Milkan's office regarding the date, time and place of the Meeting of Creditors. *See* Declaration at ¶ 13;

7. Mr. Milkan failed to inform the Debtors as to when and where the Meeting of Creditors was held. *See* Declaration at ¶ 4;

8. Inasmuch as the Debtors' mailing address was never properly provided to this Court, the Debtors never received any notice from this Court as to when and where the Meeting of Creditors was held. *See* Declaration at ¶ 14;

9. The Debtors' Meeting of Creditors was held on April 22, 2013. The Debtors did not attend, only because they were not informed of it;

10. The Debtors' discovered that they had missed their meeting of Creditors only after Mr. Malkin informed them he had attended the meeting without them. *See* Declaration at ¶ 11;

11. The Debtors have retained new counsel and have specifically informed the Court of their correct mailing address.

**Analysis**

The Debtors have acted in good faith in this matter. The Debtors did not fail to attend the required Meeting of Creditors due to any fault of their own. The Debtors are ready willing and able to attend a Meeting of Creditors, and have asked, in their Declaration, for this Court to reschedule a Meeting of Creditors. *See* Declaration at ¶ 16;

The Court has the power to reinstate this matter in accordance with 11 U.S.C. §105(a). Under Local Rule 2084-17, this Court may reinstate a dismissed matter after a hearing or without a hearing if the Trustee approves the order of reinstatement.

**Wherefore, Debtors pray for the following relief from this Court**:

1. An Order reinstating this matter, forthwith;

2. An Order that the Chapter 7 Trustee reschedule a Meeting of Creditors in this matter;

3. In the alternative, a hearing on the Debtors' motion to reinstate this matter, in accordance with the Rules of this Court and the Bankruptcy Code;

4. Any and all other relief this Court sees fit to grant.

**Respectfully submitted** this 12th day of May 2013

                Schollian Law Firm, P.C.

                /s/ James Schollian
                James Schollian
                Debtors

A true and accurate copy of the above-stated documents has been sent via first class mail to the following parties this 12th day of May 2013 to all creditors listed on the Debtors' Mailing Matrix and the following parties:

Constantino Flores
Chapter 7 Trustee
P.O. Box 511
Phoenix, AZ 85001-0511

/s/ James Schollian

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -