James Schollian, ASB 022015
The Schollian Law Firm, P.C.
1146 North Mesa Drive, Ste. 102, Box 252
Mesa, AZ 85201
Tel: 602-692-9681
Fax:602-266-8097
E-mail: scholljs1@gmail.com
Attorney for Petitioner

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Darren Scott & Kathryn Scott<br><br>Chapter 7 Debtors | Debtors' Declaration In Support of Response To Chapter 7 Trustee's Motion to Dismiss Chapter 7 and Request For Rescheduling of Meeting of Creditors<br><br>Chapter 7 Case No. 3:13-bk-02829-DPC |

I. Introduction

Come Now the Debtors, by and through Mr. James Schollian, an attorney licensed to practice before this Court, and respectfully submit the following declarations in support of the Debtors' Response to the Chapter 7 Trustee's Motion to Dismiss this matter on the grounds that Debtors did not appear at the Meeting of Creditors as required by 11 U.S.C. §341.

II. Declarations of Debtors

1. Darren Scott is a Debtor in this matter;

2. Kathryn Scott is a Debtor in this matter;

3. Darren Scott and Kathryn Scott are husband and wife;

4. Debtors retained Mr. Gregory Malkin as their counsel to prepare their Chapter 7 Bankruptcy, and represent the Debtors in the Chapter 7 matter;

5. The Debtors informed Mr. Malkin that their mailing address and their residential address are entirely different;

- 1 -

6. The Debtors reside, for part of the year, at 225 Hillside Drive, Munds Park, Arizona 86017;

7. The Debtors specifically told Mr. Malkin that they cannot receive mail at their above- stated residential address;

8. The Debtors specifically informed Mr. Malkin that their mailing address, at which they needed to receive notice of all matters in this Chapter 7 proceeding is: 20235 North Cave Creek road, No. 104-482, Phoenix, Arizona 85024;

9. Mr. Malkin specifically told the Debtors that their mailing address was provided to the Bankruptcy Court with their Chapter 7 Petition;

10. Mr. Malkin never informed the Debtors as to the date, time or place of the 341 Meeting of creditors, which was held on April 22, 2013;

11. Mr. Malkin informed that debtors after April 22, 2013 that they had missed their Meeting of Creditors, that he had attended the Meeting of Creditors, and that a new meeting would be scheduled;

12. Mr. Malkin further informed the Debtors that he was going on a "sabbatical," and would not be available to assist them further in this matter;

13. Mr. Malkin's office never sent the Debtors any correspondence informing them of the time and place of the Meeting of Creditors, before the meeting took place;

14. The Debtors never received any notice from the Bankruptcy Court as to the time and place of their Meeting of Creditors, since the Court was improperly informed as to the Debtors' mailing address;

15. The Debtors' have retained new counsel, Mr. James Schollian;

- 2 -

Case 3:13-bk-02829-DPC    Doc 24    Filed 05/12/13    Entered 05/12/13 22:46:26    Desc
Main Document    Page 2 of 4

16. The Debtors respectfully request that this Court order the Chapter 7 Trustee to reschedule the Meeting of Creditors;

RESPECTFULLY SUBMITTED this 8th day of May 2013

/s/ James Schollian
James Schollian
Attorney for Debtors

I, Darren Scott, have read and reviewed the above-stated declaration. The facts set forth in the above-stated declaration are true in accordance with my own specific knowledge and information. I did not have any knowledge of the Meeting of Creditors held on April 22, 2013.

So Declared on this 7th day of May 2013

Darren Scott
Debtor

I, Kathryn Scott, have read and reviewed the above-stated declaration. The facts set forth in the above-stated declaration are true in accordance with my own specific knowledge and information. I did not have any knowledge of the Meeting of Creditors held on April 22, 2013.

So Declared on this 9 day of May 2013

Kathryn Scott
Debtor

A true and accurate copy of the Above-stated documents has been Sent via first class mail to the following parties this 8th day of May 2013.

Constantino Flores
Chapter 7 Trustee
P.O. Box 511
Phoenix, AZ 85001-0511

- 3 -

Case 3:13-bk-02829-DPC   Doc 24   Filed 05/12/13   Entered 05/12/13 22:46:26   Desc
Main Document     Page 3 of 4

Gregory Malkin
Milkin Legal Practices
2700 3rd Street, Ste. 3055
Phoenix, AZ 85004

/s/ James Schollian

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: Darren Scott & Kathryn Scott

Chapter 7 Debtors

Debtors' Declaration In Support of Response To Chapter 7 Trustee's Motion to Dismiss Chapter 7 and Request For Rescheduling of Meeting of Creditors

Chapter 7 Case No. 3:13-bk-02829-DPC

I. Introduction

Come Now the Debtors, by and through Mr. James Schollian, an attorney licensed to practice before this Court, and respectfully submit the following declarations in support of the Debtors' Response to the Chapter 7 Trustee's Motion to Dismiss this matter on the grounds that Debtors did not appear at the Meeting of Creditors as required by 11 U.S.C. §341.

II. Declarations of Debtors

1. Darren Scott is a Debtor in this matter;
2. Kathryn Scott is a Debtor in this matter;
3. Darren Scott and Kathryn Scott are husband and wife;
4. Debtors retained Mr. Gregory Malkin as their counsel to prepare their Chapter 7 Bankruptcy, and represent the Debtors in the Chapter 7 matter;
5. The Debtors informed Mr. Malkin that their mailing address and their residential address are entirely different;

- 4 -