James Schollian ASB 022015
Schollian Law Firm, P.C.
1146 North Mesa Drive, Ste. 102, Box 252
Mesa, AZ 85201
Tel: 602-692-9681
Fax: 602-266-8097
E-mail: scholljjs1@gmail.com
Attorney for Petitioner

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZOINA

In Re: Darren Scott & Kathryn Scott

Chapter 7 Debtors

:
:
:
:
:
:
:
:
:
:
:

Order Re: Reinstatement of Chapter 7 Matter

Chapter 7 Case No. 3:13-bk-02829-DPC

In accordance with the Debtors' motion, and for good cause having been shown,

ITS IS HEREBY ORDERED AND DECREED THAT

This Chapter 7 matter is reinstated.

Signed and Dated Above