Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**NOTICE OF HEARINGS ON MOTION FOR CONTEMPT AND MOTION TO LIFT STAY** |

Pursuant to Motion for Contempt (Doc 15) filed on behalf of Creditors Sabia, and good cause shown, the Debtors shall personally appear before the Honorable Judge Daniel P. Collins on July 25, 2013, at 11:00 A.M. in the United States Courthouse at 230 North Central Avenue, Phoenix, Az., 6th floor, Courtroom 601, and then and there show cause why a contempt of court should not issue against them for reasons stated in the Motion.

A hearing on Motion to Lift Stay (Doc 34) filed on behalf of Creditors Sabia shall be held before the Honorable Judge Daniel P. Collins on July 25, 2013, at 10:00 A.M. in

the United States Courthouse at 230 North Central Avenue, Phoenix, Az., 6th floor, Courtroom 601.

RESPECTFULLY SUBMITTED this 2nd day of July, 2013.

**STROJNIK, P.C.**

/s/
_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
This 2nd day of July, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy mailed to:

James Schollian, Esq.
1146 North Mesa Drive, Suite 102
Mesa, Arizona 85201
Attorney for Debtor

**CONSTANTINO FLORES**
PO BOX 511
PHOENIX, AZ 85001-0511
Trustee

/s/