Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors,<br>_____ | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**Certificate of Good Faith Attempt to Resolve Discovery Issue** |

Undersigned attorney for Creditors Sabia certifies that on April 26, 2013, he contacted Debtors' former counsel regarding production of documents pursuant to the Rule 2004 Order. Debtors' former counsel responded that Debtors "failed to appear for the 341 hearing and the Trustee is moving to dismiss their case." See Exhibit 1 hereto. Once the proceeding was dismissed and later reinstated, Debtors' new counsel and the undersigned did not resolve the discovery matter.

Undersigned believes that this constitutes a good faith attempt to confer regarding the Debtors' failure to abide by the Rule 2004 Order.

RESPECTFULLY SUBMITTED this 23rd day of July, 2013.

**STROJNIK, P.C.**

/s/
_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed this 23rd day of July, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

/s/