**Print** | **Close Window**

**Subject:** RE: Rule 2004 Production Due Today
**From:** ps@strojnik.com
**Date:** Sat, Apr 27, 2013 2:17 pm
**To:** "Gregory Malkin" <malkinlegalpractices@gmail.com>

Thanks, Greg. I hope all goes will with your health!

> -------- Original Message --------
> Subject: Re: Rule 2004 Production Due Today
> From: Gregory Malkin <malkinlegalpractices@gmail.com>
> Date: Sat, April 27, 2013 11:34 am
> To: ps@strojnik.com
>
> I'm also in the process of leaving my practice for health reasons, as such the Scotts will be retaining new counsel to either file the motion to reinstate or whichever route they should choose.
> Greg-
>
>
> On Sat, Apr 27, 2013 at 9:48 AM, <ps@strojnik.com> wrote:
> > I was not aware, but thanks for the info!
> >
> > -------- Original Message --------
> > Subject: Re: Rule 2004 Production Due Today
> > From: Gregory Malkin <malkinlegalpractices@gmail.com>
> > Date: Fri, April 26, 2013 7:55 pm
> > To: ps@strojnik.com
> >
> > I'm not sure if you're aware, but they failed to appear at the 341 hearing and the Trustee is moving to dismiss their case.
> > Greg
> > On Apr 26, 2013 12:34 PM, <ps@strojnik.com> wrote:
> > > Hi, Greg. This is just a reminder that Mr. and Mrs. Scott's production of documents is due today. As you can well imagine, we are anxious to get the requested documents to review the schedules and prepare the adversary proceeding.
> > >
> > > Cordially Yours,
> > >
> > > Peter Strojnik
> > > STROJNIK, P.C.
> > > 2415 East Camelback Road Suite 700
> > > Phoenix, Arizona 85016
> > > Telephone: 602-524-6602
> > > Facsimile: 602-296-0135
> > > e-mail ps@strojnik.com
> > >
> > > Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may

be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

--
Thank You,
Gregory A. Malkin
Attorneys at Law PLLC
2700 N. 3rd St., Ste.2010
Phoenix, Az 85004
(602) 266-0081


NOTICE: PRIVILEGED AND CONFIDENTIAL
The information contained in this electronic mail message and any attachments contains privileged and confidential material intended for the sole use of the individual(s) named above. If you are not an intended business recipient listed above, or an employee or agent of such recipient who is responsible for delivering this material to them, you are hereby notified that any disclosure, duplication, distribution, or other use of this information or the taking of any action in reliance on the contents of this transmission, without the express written consent of the sender, is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately by telephone (602) 266-0081, so the return of this material can be arranged at no cost to you.

Copyright © 2003-2013. All rights reserved.