SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2012-016507                                   05/01/2013

JUDGE DOUGLAS L. RAYES                CLERK OF THE COURT
                                                            T. Springston
                                                                Deputy

CHRIS SABIA, et al.                              PETER STROJNIK

v.

DARREN LEE SCOTT, et al.

                                                      DEWAIN D FOX
                                                      DAVID A WEATHERWAX

**MATTER TAKEN UNDER ADVISEMENT**

Central Court Building – Courtroom 704

11:27 a.m. This is the time set for Oral Argument on Mr. and Mrs. Wright's and Sherman & Howard, L.L.C.'s: I Motion to Dismiss Counts Three and Four of Plaintiffs' 1st Amended Complaint; and II Motion to Strike the "Prefaratory [sic] Statement" from the 1st Amended Complaint, filed March 18, 2013. Plaintiffs are represented by counsel, Peter Strojnik. Defendants Michael W. Wright, Sherman & Howard, LLC and Eileen Wright are represented by counsel, David A. Weatherwax.

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

No Response having been filed for Mr. and Mrs. Wright's and Sherman & Howard, L.L.C.'s Motion to Strike the "Prefaratory [sic] Statement" from the 1st Amended Complaint and there being no objection,

**IT IS ORDERED** granting Mr. and Mrs. Wright's and Sherman & Howard, L.L.C.'s Motion to Strike the "Prefaratory [sic] Statement" from the 1st Amended Complaint.

Docket Code 020                            Form V000A                            Page 1

Case 3:13-bk-02829-DPC     Doc 41-1     Filed 07/25/13     Entered 07/25/13 05:48:09     Desc
Exhibit Minute Entry Striking COA 3     Page 1 of 2

Oral argument is presented.

For reasons stated on the record,

**IT IS ORDERED** granting Mr. and Mrs. Wright's and Sherman & Howard, L.L.C.'s Motion to Dismiss Count Three of Plaintiffs' 1st Amended Complaint.

**IT IS FURTHER ORDERED** taking Count Four of Mr. and Mrs. Wright's and Sherman & Howard, L.L.C.'s Motion to Dismiss under advisement.

12:02 p.m.  Matter concludes.

**BEFORE FILING ANY DISCOVERY MOTION**, parties are instructed to contact this division for an informal teleconference.  Division contact information: Judicial Assistant, Mary Farmer, phone: (602)506-0816.

**For copies of hearings or trial proceedings recorded, please call Electronic Records Services at (602)506-7100**. Should an official transcript be required, you may request that the court prepare it. The party ordering the transcript must pay for it. To request a transcript, call (602)506-7100 and provide the date of the proceeding, the case number, the case caption, if the transcript is for an appeal, and your name, address, and telephone number.

Pursuant to Part 1, Chapter 6, Section 1-602 D (4)(a), of the Arizona Code of Judicial Administration, **if a court reporter is present**, the court reporter's record is the official record and requests for transcripts shall be made by contacting the court reporter at (602)506-6100 or email request to lineburgc@superiorcourt.maricopa.gov.

ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

Docket Code 020                     Form V000A                              Page 2

Case 3:13-bk-02829-DPC    Doc 41-1    Filed 07/25/13    Entered 07/25/13 05:48:09    Desc
Exhibit Minute Entry Striking COA 3    Page 2 of 2