*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| DARREN L. SCOTT, <br> KATHRYN A. SCOTT, | Case No. 3:13-BK-02829-DPC |
| Debtors. | |

**ORDER GRANTING APPLICATION TO
RETAIN ATTORNEY FOR THE TRUSTEE**

An Application To Retain Attorney For The Trustee having been submitted to the Court, and

Good cause appearing.

**IT IS HEREBY ORDERED** appointing *TERRY A. DAKE, LTD.* as attorney for the trustee pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that no payment of legal fees and costs shall be made except upon application and further order of the Court.

**DATED AND SIGNED ABOVE**