Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of: | In Proceedings Under Chapter 7 |
|  | NO. 3:13-bk-02829-DPC |
| Darren L. Scott and Kathryn A. Scott AKA Kathryn A. Russell, | **CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE DISCOVERY ISSUE** |
| Debtors, | **and** |
|  | **REQUEST TO RESCHEDULE HEARING ON MOTION FOR CONTEMPT (DOC 15)** |

Undersigned attorney for Creditors Sabia certifies that on July 26, 2013, he met with counsel for the Debtors to discuss, in good faith, a resolution of Debtor's failure to comply with the Court's March 23, 2013 Order Granting Creditor Sabia's Motion For Order Directing Production Of Documents And Examination (Doc 14). Counsel for the Debtors declined to discuss this discovery matter in good faith, instead declaring that his clients will produce no documents ordered to be produced pending a resolution Debtor's Motion to Strike Order Dated March 25 [sic], 2013.

In connection herewith, Creditors Sabia respectfully request that the hearing originally scheduled for July 26, 2013 relating to their Motion for Contempt be reset on the Court's convenience.

RESPECTFULLY SUBMITTED this 27th day of July, 2013.

**STROJNIK, P.C.**

/s/

_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed this 27th day of July, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

/s/