*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| DARREN L. SCOTT, | |
| KATHRYN A. SCOTT, | Case No. 3:13-BK-02829-DPC |
| Debtors. | |

**ORDER**

This matter having come before the Court on July 25, 2013 at 11:00 a.m. for a hearing on the motion of Chris & Pam Sabia for relief from the automatic stay (Admin. Dkt. No. 34); and

The Court having reviewed the objections to the motion and having heard oral argument of counsel; and

Good cause appearing.

**IT IS ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the following activities in Maricopa County Superior Court Case No. CV2010-050329:

A. If they choose to do so, attorney Michael Wright and the law firm of Sherman & Howard, LLC may file a motion to withdraw as counsel for the Scotts in CV2010-050329 and the Superior Court may grant or deny that motion as the Superior Court determines is appropriate.

B.  If they choose to do so, Darren & Kathryn Scott may withdraw the pending post-trial motions which they filed in CV2010-050329.

**IT IS FURTHER ORDERED** that this order shall become effective 10 days after the date that this order is entered on the docket and, to the extent necessary, the stay provided under Bankruptcy Rule 4001(a)(3) is so modified.

**DATED AND SIGNED ABOVE.**