# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | DARREN L & KATHRYN A SCOTT |
| **Case Number:** | 3:13-BK-02829-DPC        **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JULY 25, 2013 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## *Matter:*

1) MOTION FOR CONTEMPT FILED BY PETER STROJNIK ON BEHALF OF CHRIS SABIA .

    **R / M #:**   15 / 0

    VACATED:  PER COURT'S ORDER

2) ADM: 3:13-bk-02829-DPC

    MOTION FOR STAY RELIEF FILED ON BEHALF OF CHRIS SABIA ( TERRY DAKE - T)

    **R / M #:**   34 / 0

## *Appearances:*

TERRY DAKE, ATTORNEY FOR CONSTANTINO FLORES, TRUSTEE
JAMES SCHOLLIAN, ATTORNEY FOR DARREN L SCOTT, KATHRYN A SCOTT
BRYAN ALBUE, ATTORNEY FOR HOWARD AND SHERMAN

## *Proceedings:*

(1) VACATED: PER COURT'S ORDER MOTION FOR CONTEMPT FILED BY PETER STROJNIK ON BEHALF OF CHRIS SABIA .

(2) MOTION FOR STAY RELIEF FILED ON BEHALF OF CHRIS SABIA ( TERRY DAKE - T)

Mr. Strojnik advises the Motion for Contempt has been vacated. He requests the matter not be vacated but rescheduled for 14 days to allow him and Mr. Schollian to discuss a manner in which to resolve it. He discusses the Motion for Relief from Stay and provides a brief background on the State Court litigation.

Mr. Dake advises he has reviewed the Bankruptcy pleadings and the state court docket. The Motion filed was fairly specific and it appears all briefs have been filed in Superior Court. The Trustee does not oppose the Motion for the limited relief requested to allow the State Court to rule on the pending Motions.

Mr. Schollian advises he has never received any communication from Mr. Strojni and advises he filed a Motion to Strike the March 25th Order. He speaks to the State Court action and places his objection on the record. He does oppose concluding the post judgment Motions filed in State Court and his position is the Motion for Relief should be denied.

Mr. Albue notes this is a no asset case and argues there is no need to finalize the State Court claim.

COURT: THE COURT ADVISES MR. STROJNIK TO FILE HIS 9013 CERTIFICATE AND TO ADVISE THE COURT WHEN FILED. THE COURT WILL SET THE MOTION FOR CONTEMPT ONCE THE CERTIFICATE IS FILED.

IT IS ORDERED LIFTING THE AUTOMATIC STAY TO ALLOW COUNSEL, AND THE LAW FIRM OF SHERMAN AND HOWARD TO FILE A MOTION TO WITHDRAW AS COUNSEL FOR THE SCOTTS IN THE SUPERIOR COURT ACTION. THIS ORDER SHALL BECOME EFFECTIVE 10 DAYS AFTER THE DATE ENTERED ON THE DOCKET.

IT IS FURTHER ORDERED LIFTING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ALLOWING THE SUPERIOR COURT TO RULE UPON PENDING MOTIONS. THIS ORDER SHALL BECOME EFFECTIVE 30 DAYS AFTER THE DATE ENTERED ON THE DOCKET.

MR. DAKE IS TO SUBMIT TWO FORMS OF ORDER.

Page 1 of 1

Case 3:13-bk-02829-DPC    Doc 51    Filed 07/25/13    Entered 07/31/13 13:15:35    Desc
Main Document      Page 1 of 2                              07/31/2013   1:15:17PM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry