Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors,<br>_____ | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**NOTICE OF HEARINGS ON MOTION FOR CONTEMPT** |

Pursuant to Motion for Contempt (Doc 15) filed on behalf of Creditors Sabia, and good cause shown, the Debtors shall personally appear before the Honorable Judge Daniel P. Collins on **SEPTEMBER 3, 2013, AT 11:00 A.M.** in the United States Courthouse at 230 North Central Avenue, Phoenix, Az., 6th floor, Courtroom 601, and then and there show cause why a contempt of court should not issue against them for reasons stated in the Motion.

RESPECTFULLY SUBMITTED this 1st day of August, 2013.

**STROJNIK, P.C.**

/s/

_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
This 1st day of August, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

A copy electronically distributed to the attorneys for debtor and the trustee and all persons who receive electronic distributions in this matter.

/s/