```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona 85028-1621
 3  Telephone: (480) 368-5199
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| DARREN L. SCOTT, | ) | |
| KATHRYN A. SCOTT, | ) | Case No. 3:13-BK-02829-DPC |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF ABANDONMENT
## AND NOTICE OF BAR DATE FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the trustee intends to abandon the following property pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007(a):

> All right title and interest of the bankruptcy estate in the claims asserted against the defendants in Maricopa County Superior Court Case No. CV2010-050329.

Any objections to this proposed abandonment must be filed on or before **August 26, 2013.** Objections must be filed with the Clerk of the Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706, and a copy of such objection must be mailed to counsel for the trustee, whose name and address appears below. If an objection is timely filed and served, then the Court will conduct a hearing to resolve the matter. If no objection is timely filed and served, the asset(s) shall be abandoned without further notice or hearing.

The name and address of counsel for the trustee is as follows:

>    Terry A. Dake, Esq.
>    ***TERRY A. DAKE, LTD.***
>    11811 North Tatum Boulevard
>    Suite 3031
>    Phoenix, Arizona  85028-1621

DATED August 7, 2013.

>                    ***TERRY A. DAKE, LTD.***
>
>                    By    /s/ TD009656
>                        Terry A. Dake – 009656
>                        11811 North Tatum Boulevard
>                        Suite 3031
>                        Phoenix, Arizona 85028-1621

2