# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | DARREN L & KATHRYN A SCOTT |
| **Case Number:** | 3:13-BK-02829-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 03, 2013 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

MOTION FOR CONTEMPT FILED BY PETER STROJNIK ON BEHALF OF CHRIS SABIA .

**R / M #:**   15 / 0

## Appearances:

JAMES SCHOLLIAN, ATTORNEY FOR DARREN L SCOTT, KATHRYN A SCOTT
BRYAN ALBUE, ATTORNEY FOR SHERMAN AND HOWARD
PETER STROJNIK, ATTORNEY FOR CHRIS SABIA ( TELEPHONIC APPEARANCE )

## Proceedings:

Mr. Strojnik addresses the Motion for Contempt and explains why he did not respond to the Motion to Strike.

Mr. Schollian advises his clients have every intention of complying with the Court's Orders if the Motion to Strike is not granted. He addresses the Motion to Compel filed by the Trustee and advises his clients did provide substantial documents to counsel for Trustee.

Mr. Albue argues Mr. Strojnik has obtained everything he is entitled to have.

COURT: IT IS ORDERED GRANTING THE MOTION TO STRIKE FILED ON JULY 25, 2013 ( DKT #41 ). THE COURT WILL SIGN AN ORDER WHEN SUBMITTED BY MR. SCHOLLIAN

IT IS FURTHER ORDERED DENYING THE MOTION FOR CONTEMPT FILED ON APRIL 29, 2013,
( DKT # 15 ) FILED BY PETER STROJNIK ON BEHALF OF CHRIS SABIA. THE COURT WILL SIGN AN ORDER WHEN SUBMITTED BY MR. STROJNIK.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry