Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of: | In Proceedings Under Chapter 7 |
| Darren L. Scott and Kathryn A. Scott AKA Kathryn A. Russell, | NO. 3:13-bk-02829-DPC |
| Debtors, | **NOTICE OF ORDER** |

Pursuant to the order of the court dated 2013-09-03, attorney for creditors Sabia hereby file the Order Denying Motion for Contempt which is filed herewith.

RESPECTFULLY SUBMITTED this 3rd day of September, 2013.

**STROJNIK, P.C.**

/s/
_____
Peter Strojnik
Attorney for Creditors Sabia

The foregoing electronically filed
this 3rd day of September, 2013, with:

1 Clerk of the Court
United States Bankruptcy Court
2 230 N. First Avenue, Suite 101
Phoenix, Arizona 85003
3

4
/s/
5