SO ORDERED.

Dated: September 9, 2013

Daniel P. Collins, Bankruptcy Judge

Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Darren L. Scott and Kathryn A. Scott<br>AKA Kathryn A. Russell,<br><br>Debtors, | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>**ORDER** |

IT IS ORDERED DENYING THE MOTION FOR CONTEMPT FILED ON APRIL 29, 2013, ( DKT # 15 ) BY PETER STROJNIK ON BEHALF OF CHRIS AND PAMELA SABIA.

SIGNED AND FILED AS INDICATED ABOVE